UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6668-CIV-GOLD/SIMONTON

UNITED STATES OF AMERICA,
ex rel. RANDY S. SCHWARTZ,

       Plaintiff,

v.

TENET HEALTHCARE CORPORATION,
TENET HOME CARE OF DELRAY
MEDICAL CENTER, and
TENET SOUTH FLORIDA
HEALTHSYSTEM,

       Defendants.
_____/

## QUI TAM PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2), 31 U.S.C. § 3730(B)(1)

*Qui tam* plaintiff Randy S. Schwartz, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3130(b)(1), with the consent of the United States of America, and before service of the complaint upon the defendants and any response thereto, requests dismissal of this action with prejudice.

A proposed order has been submitted concurrently with this request.

1

Respectfully submitted,

Dated: September 4, 2001

LAW OFFICES OF ROBERT ANTHONY BOGDAN

By: *(signature)*
ROBERT ANTHONY BOGDAN
Attorney for Qui Tam Plaintiff Randy S. Schwartz

The United States consents to the Request

Dated: September 6, 2001

STUART E. SCHIFFER
DEPUTY ASSISTANT ATTORNEY GENERAL

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *(signature)*
LISA HU BARQUIST
Assistant U.S. Attorney
Court I.D. No. A5500217
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132-2111
Tel: 305-961-9338; Fax: 305-536-4101
Lisa.Barquist@usdoj.gov

Attorneys for the United States of America

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed via U.S. Mail to

(1) Robert Anthony Bogdan, Esq., 410 S.E. 1st Terrace, Pompano Beach, FL 33060-7108 and

(2) Myla Reizen, Esq., Tenet Healthcare Corporation, 3820 State Street, Santa Barbara, CA 93105, on this 6th the day of September 2001.

*(signature)*
Lisa Hu Barquist
Assistant United States Attorney

2